IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAIRUS MOORE,

    Petitioner,

    v.

DENNIS BROWN,

    Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-4002-TWT

**ORDER**

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss [Doc. 7] the Petition as untimely. The Petition must be dismissed pursuant to 28 U. S. C. § 2244(d)(1) for failure to file the Petition within one year after Petitioner's conviction became final. The Petitioner failed to diligently pursue his claim of ineffective assistance of counsel for failure to challenge the composition of the jury pool. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 7] is GRANTED. The request for a Certificate of Appealability is DENIED.

T:\ORDERS\13\Moore\r&r.wpd

SO ORDERED, this 13 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge